**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7308**

---

LEE WAYNE HUNT,

Plaintiff - Appellant,

versus

PATRICIA L. CHAVIS; ROGER THOMPSON; EMILIO
PAGAN; SAMUEL SMITH,

Defendants - Appellees,

and

DANIEL L. STIENEKE,

Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-98-942-5-F)

---

Submitted: February 22, 2001      Decided: February 28, 2001

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lee Wayne Hunt, Appellant Pro Se. William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Wayne Hunt appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Hunt's motion for appointment of counsel and affirm on the reasoning of the district court. See Hunt v. Chavis, No. CA-98-942-5-F (E.D.N.C. Aug. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED